# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORA MOORE-ALLEN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 20-2696 |

## ORDER

**AND NOW**, this 7th day of June, 2021, for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 25) is **DENIED**.

**BY THE COURT**:


  */s/ Carol Sandra Moore Wells*
 CAROL SANDRA MOORE WELLS
 United States Magistrate Judge